UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IAN BEHAR, *et al.*,

                        Plaintiffs,

             -v-

CSG BSH PARTNERS III, LLC, *et al.*,

                        Defendants.

21-CV-5716 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      Defendants seek to seal the complaint in this case (Dkt. No. 1) for a period of 30 days to allow the parties to either reach an agreement regarding redactions or schedule a pre-motion conference in the event an agreement cannot be reached.  (Dkt. No. 9.)  The Clerk of Court is respectfully directed to seal the complaint in this case for a period of 30 days.  The parties are instructed to confer regarding redactions and file a joint status letter on or before August 31, 2021 informing the Court about any agreement.

      SO ORDERED.

Dated: August 10, 2021
       New York, New York

                                                                            _____
                                                                      J. PAUL OETKEN
                                                                  United States District Judge